IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | 6:23-CR-00097 |
| § | |
| MARLON ERIC SCHRADER § | |

ORDER ADOPTING REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report of Magistrate Judge John D. Love, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Neither party has objected to the Report and Recommendation, and the timeframe for doing so has passed.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court and **ORDERS** that Defendant Marlon Eric Schrader be sentenced to 12 months and 1 day imprisonment followed by a 1-year term of supervised release with the first 6 months of the supervised release term to be served at a halfway house. The Court recommends that

the place of confinement be FCI Seagoville, Texas, if available, and that Defendant receive drug and mental health treatment.

So **ORDERED** and **SIGNED** this **27th** day of **June, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE