# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | CASE NUMBER 6:23-CR-00097-JDK-1 |
| § | |
| v. § | |
| § | |
| MARLON ERIC SCHRADER, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report and Recommendation, which contains his proposed findings of fact and recommendations for the disposition of this action, has been presented for consideration. The parties have waived their right to objections.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation as the findings and conclusions of this Court and **ORDERS** that Defendant Marlon Eric Schrader be sentenced to twelve months imprisonment with no period of supervised release to follow. The Court recommends to the Bureau of Prisons that Defendant serve his sentence at Texarkana FCI, if available. If Defendant cannot serve his sentence at Texarkana FCI, the Court recommends that Defendant serve his sentence at Seagoville FCI, if possible.

So **ORDERED** and **SIGNED** this **31st** day of **October, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE